# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DANA OSBORNE, | ) |
|           Plaintiff, | ) ) ) |
| v. | ) Case No.: 6:20-CV-03041-SRB |
| NIXA FIRE PROTECTION DISTRICT, et.al., | ) ) ) ) |
|           Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(I)(ii), the parties hereby stipulate that this action be dismissed, with prejudice, each party to bear its own costs and attorney's fees.

Respectfully Submitted,

/s/ *Heidi Karr Sleper*
*Pro Hac Vice*
Heidi Karr Sleper (#6287421)
KURTZ, SLEPER & EXLINE, LLC
610 W. Roosevelt Rd., Ste. A2
Wheaton, IL 60187
Ph: 630-323-9444
Email: hsleper@kselegal.com

Attorney for Plaintiff


And

SCHREIMANN, RACKERS
& FRANCKA, L.L.C.

/s/ Ryan Bertels
Chris Rackers, #41894
Ryan Bertels, s#55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
Fax: 573-635-6034
cpr@srfblaw.com
rb@srfblaw.com

Attorneys for Defendants Nixa Fire Protection District, Board of Directors of the Nixa Fire Protection District, Neff, Walles, and McGehee

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Ryan Bertels*